# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL CONTRERAS,<br><br>  Defendant. | Case No. 20-CR-2717 LAB<br><br>**JUDGMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Larry Alan Burns |

Based on the motion of the United States to dismiss this case without prejudice, it is hereby ordered that the information in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated: January 15, 2021

*/s/ Larry A. Burns*
The Honorable Larry Alan Burns
UNITED STATES DISTRICT JUDGE